**SO ORDERED.**

**SIGNED this 4 day of November, 2013.**



_____
**John T. Laney, III
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| BABB INTERNATIONAL INC. | : | NO: 03-72044 jtl |
| | : | |
| | : | CHAPTER 7 |
| Debtor(s) | : | |

**ORDER AUTHORIZING CLERK TO DEPOSIT UNCLAIMED FUNDS**

The Chapter 7 Trustee having filed with the Court a Notice of Payment into Court alleging nonpayment of check #10167 payable to AT&T Wireless for $14.57, check #10168 payable to Cherry Bekaert Holland for $180.55, and check #10171 payable to Elite Cement Prod for $70.32 for a grand total of $265.44 in the above case, and it appearing that it is proper that the Clerk accept the sum of $265.44, pursuant to 11 U.S. C. §347(a) and Bankruptcy Rule 3011; it is therefore

ORDERED, ADJUDGED AND DECREED that the Clerk of Bankruptcy Court is hereby authorized to accept and deposit the sum of $265.44 into the unclaimed funds registry.

END OF DOCUMENT

**THIS DOCUMENT PREPARED BY:**
Walter W. Kelley
Chapter 7 Trustee
P.O. Box 70879
Albany, GA  31708
(229) 888-9128